THE MAYOR AND COMMON COUNCIL OF THE CITY OF HUDSON *vs.* ANDREWS ET AL.

In error to the Supreme Court.

This cause came before the court in the same manner as the foregoing case, and the same question being presented, was controlled by the decision in that case.

*Zabriskie,* for defendants in error.

*J. P. Vroom,* for plaintiffs.

The opinion of the court was delivered by the

CHANCELLOR. The result of this case is controlled by the decision just pronounced. The writ of error will not lie.

To which it may be added that, on its face, the order decides nothing. It simply directs public officers to perform a duty enjoined by statute.

The entry of the rule is clearly irregular in form and

City of Hudson *v.* Andrews.

substance. It purports to be peremptory ; it clearly authorizes only an alternative *mandamus*. It directs, by name, an officer to be sworn in, who may not and does not appear to be in office. These irregularities may and should be corrected in the court below.

In this case there was no motion to quash. The party was suffered to incur the expense of preparing his case for argument. Still, in the absence of authority, the court cannot reverse. In conformity to the practice adopted in *Garr* v. *Hill,* the writ must be dismissed, but *without* costs.

*In affirmative*—The CHANCELLOR, Judges OGDEN, VREDENBURGH, WHELPLEY, COMBS, SWAIN, and WOOD.

*Negative*—None.